```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 31278
    ANNIE ROBINSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
              Debtor
    SSN XXX-XX-8936

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 08/09/2005 and was confirmed 02/16/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 09/10/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED                 .00           .00             .00
DAIMLER CHRYSLER FINANCI  UNSECURED         1749.22            .00         1749.22
CITY OF CHICAGO WATER DE  SECURED                 .00           .00             .00
CITY OF CHICAGO WATER DE  UNSECURED        NOT FILED           .00             .00
WASHINGTON MUTUAL         MORTGAGE ARRE     7843.40            .00         7843.40
WASHINGTON MUTUAL         CURRENT MORTG         .00           .00             .00
WASHINGTON MUTUAL         NOTICE ONLY      NOT FILED           .00             .00
ANDERSON FINANCIAL NETWO  UNSECURED        NOT FILED           .00             .00
CINGULAR                  NOTICE ONLY      NOT FILED           .00             .00
RESURGENT ACQUISITION LL  UNSECURED         9791.57            .00         9791.57
COLLECTION CO OF AMERICA  UNSECURED        NOT FILED           .00             .00
HOUSEHOLD FINANCE         UNSECURED        NOT FILED           .00             .00
MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED           .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY       1,194.00                     1,194.00
TOM VAUGHN                TRUSTEE                                           854.49
DEBTOR REFUND             REFUND                                        50,754.11

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 72,186.79

PRIORITY                                             .00
SECURED                                         7,843.40
UNSECURED                                      11,540.79
ADMINISTRATIVE                                  1,194.00
TRUSTEE COMPENSATION                              854.49
DEBTOR REFUND                                  50,754.11
                        --------------          --------------
TOTALS                  72,186.79              72,186.79

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 31278 ANNIE ROBINSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/27/07 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |